Case Number

2:06cv982-WKW

ID   YR   NUMBER
(To be completed by Court Clerk)

RECEIVED
2006 OCT 31 A 9:36
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

# IN FORMA PAUPERIS DECLARATION

United States District Court - Middle District of Ala.
[Insert appropriate court]

Mr. Horace Bush #138454
(Petitioner)

vs.

Alabama Board of Pardon & Parole etc,
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Horace Bush__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ___   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   Dec. 2004  $2,400 A month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ___   No ✓

   b. Rent payments, interest, or dividends?
      Yes ___   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ___   No ✓

   d. Gifts or inheritances?
      Yes ___   No ✓

   e. Any other sources?
      Yes ___   No ✓

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes _____         No ✓

    (Include any funds in prison accounts.)

    If the answer is "yes", state the total value of the items owned.

    $49.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes _____         No ✓

    If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    Wife/Grand Kids. But I haven't been able to give them any kind of support since being incarcerated

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __10/23/06__
                (Date)

_Horace Bush_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 21.64 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Staton C.F.__ institution:

See attached

__10/25/06__
DATE

_[signature]_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                      STATON CORRECTIONAL FACILITY


AIS #: 138454       NAME: BUSH, HORACE                    AS OF: 10/25/2006

                    # OF         AVG DAILY          MONTHLY
          MONTH     DAYS         BALANCE            DEPOSITS
---------------------------------------------------------------------------

          OCT        6           $50.70             $0.00
          NOV       30           $46.05             $170.00
          DEC       31           $12.41             $150.00
          JAN       31           $13.58             $0.00
          FEB       28           $0.25              $0.00
          MAR       31           $18.63             $300.00
          APR       30           $98.94             $0.00
          MAY       31           $9.50              $75.00
          JUN       30           $0.03              $0.00
          JUL       31           $13.24             $100.00
          AUG       31           $0.06              $0.00
          SEP       30           $0.03              $0.00
          OCT       25           $21.64             $120.00
```