# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 2, 2006

# NOTICE OF ERROR

**To:      All Parties**

**Case Style:   Bush v. State of Alabama et al**

**Case Number:    2:06-cv-00982-WKW**

**Docket Entry Number:    1**

**The referenced pleading was filed on \*\*October 31, 2006\*\*\* in this case and is hereby STRICKEN as an erroneous  docket entry.**

**Parties are instructed to disregard #1 docketing entry, which has been stricken from the record as a docketing error and refer only to correct docket entry #3.**