| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cornell Long_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                      11/7/06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>General Counsel<br>Alabama Board of Pardons & Paroles<br>PO Box 302405<br>Montgomery, AL 36130<br><br>06 cv 982 Pet & OP | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 7929 4606 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540