In The District Court Of The United States
For The Middle District Of Alabama

Horace Bush,
    Petitioner    *   Case No. 06-CV-982-
    v.    *   WKW
State of Alabama, et. al.,  *
    Respondents *
               *

## Notice Of Appeal

Comes Now, Horace Bush, the pro-se petitioner to give notice of his desire to appeal the judgment on the above enumerated case pursuant to the FRAP, Rule 4.

Whereas, the Honorable Court dismissed the action without prejudice pursuant to Fed. Rules Civ. Proc., Rule 58. Further, petitioner request that he receive a In Forma Pauperis declarations, and other forms which are necessary to perfect his appeal on the above enumerated case.

Jan. 22, 07          Horace Bush
Date Executed     (Pro Se) Signature

*RECEIVED 2007 JAN 26 A 9:5* *DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*