M/D-6

RECEIVED
2007 FEB -9 A 9:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
________________ DIVISION

U.S. COURT OF APPEALS
RECEIVED
CLERK
FEB 13 2007
ATLANTA, GA.

Horace Bush )
AIS# 138454 )
Plaintiff(s) )

v. )

State of Alabama, et. al. )
Defendant(s) )

2:06cv982

07-10450 G

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Horace Bush

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

[signature]
Plaintiff(s) signature

AO.240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

__Horace Bush__
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

__State of Alabama__
Defendant

CASE NUMBER: __06-CV-982-WKW__

I, __Horace Bush__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Staton C.F.; P.O. Box 56; Elmore, AL 36025__
   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

Feb. 4-07                    Herman Bush
_____              _____
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED

To: Clerk

2007 FEB -9 A 9:30

Case No. 06-CV-982

I, Horace Bush, did not receive form 24 of CJA (Criminal Justice Act); Thus, if it is necessary for myself to fill out this form, I pray that it will be forwarded to myself as soon as practical.

Thank you,

Feb. 4-07
Date

*Horace Bush*
(Pro Se) Signature

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 138454     NAME: BUSH, HORACE                    AS OF: 02/06/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 22 | $0.25 | $0.00 |
| MAR | 31 | $18.63 | $500.00 |
| APR | 30 | $98.94 | $0.00 |
| MAY | 31 | $9.50 | $75.00 |
| JUN | 30 | $0.03 | $0.00 |
| JUL | 31 | $13.24 | $100.00 |
| AUG | 31 | $0.06 | $0.00 |
| SEP | 30 | $0.03 | $0.00 |
| OCT | 31 | $24.07 | $120.00 |
| NOV | 30 | $3.68 | $0.00 |
| DEC | 31 | $22.64 | $100.00 |
| JAN | 31 | $0.36 | $0.00 |
| FEB | 6 | $0.00 | $0.00 |

RECEIVED
2007 FEB -9 A 9:30
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA