IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORACE BUSH, # 138454, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-00982-WKW |
| | ) | [wo] |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This cause is now before the court on the petitioner's Motion to proceed in forma pauperis

(Doc. # 20).

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis

if the trial court certifies in writing that it is not taken in good faith."[1]  In making this determination

as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous."

*Coppedge v. United States*, 369 U.S. 438, 445 (1962).  "The statute provides that a court 'may

dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or

malicious.'"  *Attwood v. Singletary*, 105 F.3d 610, 613 (11th Cir. 1997) (citing 28 U.S.C. § 1915(d)

(1996)).

This circuit has defined a frivolous appeal under section 1915(d) as
being one "'without arguable merit.'"  *Harris v. Menendez*, 817 F.2d

---

[1] *See* 28 U.S.C. § 1915(e):
   (2) Notwithstanding any filing fee, or any portion thereof, that may have been
   paid, the court shall dismiss the case at any time if the court determines that--
   (A) the allegation of poverty is untrue;  or
   (B) the action or appeal--
   (i) is frivolous or malicious;
   (ii) fails to state a claim on which relief may be granted;  or
   (iii) seeks monetary relief against a defendant who is immune from such relief.

737, 739 (11th Cir.1987)(quoting *Watson v. Ault*, 525 F.2d 886, 892 (5th Cir.1976)). "'Arguable means capable of being convincingly argued.'" *Moreland v. Wharton*, 899 F.2d 1168, 1170 (11th Cir.1990) (per curiam) (quoting *Menendez,* 817 F.2d at 740 n. 5); *see Clark,* 915 F.2d at 639 ("A lawsuit [under section 1915(d) ] is frivolous if the 'plaintiff's realistic chances of ultimate success are slight.'" (quoting *Moreland,* 899 F.2d at 1170)).

*Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991), *reh'g denied*, 503 U.S. 999 (1992). *See also Weeks v. Jones*, 100 F.3d 124, 127 (11th Cir. 1996) (stating that "[f]actual allegations are frivolous for purpose of [28 U.S.C.] § 1915(d) when they are 'clearly baseless;' legal theories are frivolous when they are 'indisputably meritless.'") (citations omitted).

Applying the foregoing standard, this court is of the opinion that the petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.

Accordingly, it is ORDERED that the petitioner's motion to proceed on appeal in forma pauperis be and it is hereby denied; and that the appeal in this cause be and it is hereby certified, pursuant to 28 U.S.C.A. § 1915(a), as not taken in good faith.

DONE this 20th day of April, 2007.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE